# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Registration Number:**

TX 6-854-034

**Effective date of registration:**

July 29, 2008

## Title
**Title of Work:** Ghostscript, Version 8.54

## Completion/Publication
**Year of Completion:** 2006
**Date of 1st Publication:** June 1, 2006   **Nation of 1st Publication:** United States

## Author
**Author:** Artifex Software Inc.
**Author Created:** computer program
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Artifex Software Inc.
7 Mt. Lassen Drive, A-134, San Rafael, CA, 94903, United States

## Limitation of copyright claim
**Material excluded from this claim:** computer program
**Previous registration and year:** TX0005776256   2003
**New material included in claim:** computer program

## Certification
**Name:** Lenza McElrath, Esq.
**Date:** July 29, 2008