1  L. KIERAN KIECKHEFER
   kkieckhefer@mwe.com
2  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
3  Menlo Park, CA  94025-4004
   Telephone:      +1-650-815-7400
4  Facsimile:      +1-650-815-7401

5  JOHN J. DABNEY (*pro hac vice* application pending*)*
   jdabney@mwe.com
6  MARY D. HALLERMAN (*pro hac vice* application pending)
   mhallerman@mwe.com
7  MCDERMOTT WILL & EMERY LLP
   500 North Capitol Street NW
8  Washington, D.C. 20001
   Telephone:      +202-756-8000
9  Facsimile:      +202-756-8087

10 Attorneys for Defendant
   HANCOM, INC.

11

12                  UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15

16 ARTIFEX SOFTWARE, INC.,                CASE NO.  3:16-cv-06982-JSC

17            Plaintiff,                   **[PROPOSED] ORDER GRANTING
                                           DEFENDANT HANCOM, INC.'S MOTION
18        v.                               TO DISMISS FOR FAILURE TO STATE A
                                           CLAIM**
19 HANCOM, INC.,
                                           Date:       April 27, 2017
20            Defendant.                   Time:       9:00 a.m.
                                           Judge:      Hon. Jacqueline Scott Corley
21                                         Dept.:      Ctrm F, 15th Floor

22

23

24

25

26

27

28

                                           [PROPOSED] ORDER GRANTING
                                           HANCOM'S MOTION TO DISMISS
                                           CASE NO. 3:16-CV-06982-JSC

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

1    Before the Court is Defendant Hancom, Inc.'s Motion to Dismiss for Failure to State a

2  Claim.  Having considered the papers and arguments in support of and in opposition to the

3  motion, it is hereby ORDERED that Defendant's Motion to Dismiss is GRANTED.  Plaintiff

4  Artifex Software, Inc.'s claim for breach of contract (Count 1) is DISMISSED WITH

5  PREJUDICE.  Plaintiff's claim for copyright infringement (Count 2) is DISMISSED IN PART

6  WITH PREJUDICE.  The only portion of that claim that is not dismissed is Plaintiff's claim

7  based on distribution and sale of allegedly infringing products in the United States.

8    DATED this _____ day of _March, 2017.

9

10   _____
     Honorable Jacqueline Scott Corley
11   United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

[PROPOSED] ORDER GRANTING
HANCOM'S MOTION TO DISMISS
CASE NO. 3:16-CV-06982-JSC