| | |
|---|---|
| 1 | DARIN W. SNYDER (S.B. #136003) |
| | dsnyder@omm.com |
| 2 | JESSE J. KOEHLER (S.B. #300530) |
| | jkoehler@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 4 | San Francisco, California  94111-3823 |
| | Telephone:   (415) 984-8700 |
| 5 | Facsimile:    (415) 984-8701 |
| 6 | Attorneys for Plaintiff |
| 7 | ARTIFEX SOFTWARE, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ARTIFEX SOFTWARE, INC., | Case No. 3:16-cv-06982-JSC |
| Plaintiff, | **[PROPOSED] ORDER DENYING DEFENDANT HANCOM, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |
| v. | |
| HANCOM, INC., | Date:         April 27, 2017 |
| Defendant. | Time:         9:00 a.m. |
| | Judge:        Hon. Jacqueline Scott Corley |
| | Courtroom:    Ctrm F, 15th Floor |

**[PROPOSED] ORDER**

Having considered Defendant Hancom, Inc.'s Motion to Dismiss for Failure to State a Claim, filed on March 14, 2017, and all papers filed in support of and in opposition thereto, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Defendant's motion to dismiss Plaintiff Artifex Software, Inc.'s breach of contract claim is DENIED. The Court is satisfied that Plaintiff properly states its claim against Defendant and that preemption is inapplicable.

2. Defendant's motion to dismiss Plaintiff's copyright infringement claim is DENIED. The Court is satisfied that Plaintiff properly states its claim against Defendant.

3. Defendant's motion to strike certain portions of Plaintiff's prayer for relief is DENIED.

IT IS SO ORDERED.

Dated: _____     _____
                                                        Honorable Jacqueline Scott Corley
                                                        United States Magistrate Judge