L. KIERAN KIECKHEFER (SBN 251978)
kkieckhefer@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Ste. 100
Menlo Park, CA 94025
Telephone:   650-815-7400
Facsimile:    650-815-7401

JOHN J. DABNEY (*Admitted Pro Hac Vice*)
jdabney@mwe.com
MARY D. HALLERMAN (*Admitted Pro Hac Vice*)
mhallerman@mwe.com
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, D.C. 20001
Telephone:   202-756-8000
Facsimile:    202-756-8087

Attorneys for Defendant
HANCOM, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTIFEX SOFTWARE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>HANCOM, INC.,<br><br>    Defendant. | CASE NO. 3:16-cv-06982-JSC<br><br>**DECLARATION OF JOHN J. DABNEY IN SUPPORT OF DEFENDANT HANCOM, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE MONETARY RELIEF AVAILABLE TO PLAINTIFF ARTIFEX SOFTWARE, INC. FOR ITS BREACH OF CONTRACT CLAIM**<br><br>Date:    August 17, 2017<br>Time:   9:00 a.m.<br>Judge:  Hon. Jacqueline Scott Corley<br>Dept.:   Ctrm F, 15th Floor |

DECLARATION OF
JOHN J. DABNEY
CASE NO. 3:16-CV-06982-JSC

I, John J. Dabney, hereby declare as follows:

1. I have personal knowledge of the facts stated herein, and I could and would testify competently to those facts if called as a witness.

2. I submit this declaration in support of Defendant Hancom, Inc.'s ("Hancom") Motion for Partial Summary Judgment on the Monetary Relief Available to Plaintiff Artifex Software, Inc. on Its Breach of Contract Claim.

3. I am admitted to practice before this Court and am a partner with the law firm of McDermott Will & Emery LLP. I serve as counsel to Hancom in the above-captioned case.

4. Attached as Exhibit 1 is a true and correct copy of Plaintiff Artifex Software, Inc.'s Objections and Responses to Hancom's First Set of Interrogatories, dated May 12, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of June, 2017 in Washington, D.C.

*/s/ John J. Dabney*
John J. Dabney

DECLARATION OF
JOHN J. DABNEY
CASE NO. 3:16-CV-06982-JSC