L. KIERAN KIECKHEFER (SBN 251978)
kkieckhefer@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Ste. 100
Menlo Park, CA 94025
Telephone: 650-815-7400
Facsimile: 650-815-7401

JOHN J. DABNEY (*Admitted Pro Hac Vice*)
jdabney@mwe.com
MARY D. HALLERMAN (*Admitted Pro Hac Vice*)
mhallerman@mwe.com
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, D.C. 20001
Telephone: 202-756-8000
Facsimile: 202-756-8087

Attorneys for Defendant
HANCOM, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTIFEX SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> HANCOM, INC., <br><br> Defendant. | CASE NO. 3:16-cv-06982-JSC <br><br> **DECLARATION OF WANGSUNG YANG IN SUPPORT OF DEFENDANT HANCOM, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE MONETARY RELIEF AVAILABLE TO PLAINTIFF ARTIFEX SOFTWARE, INC. ON ITS BREACH OF CONTRACT CLAIM** <br><br> Date: August 17, 2017 <br> Time: 9:00 a.m. <br> Judge: Hon. Jacqueline Scott Corley <br> Dept.: Ctrm F, 15th Floor |

I, Wangsung Yang, hereby declare as follows:

1. I have personal knowledge of the facts stated herein, and I could and would testify competently to those facts if called as a witness.

2. I submit this declaratishlee0on in support of Defendant Hancom, Inc.'s ("Hancom") Motion for Partial Summary Judgment on the Monetary Relief Available to Plaintiff Artifex Software, Inc. on Its Breach of Contract Claim.

3. Hancom is a software company headquartered in South Korea. I currently serve as the Chief Technology Officer and Vice-President of Hancom. I have worked for Hancom since 1991, where I have held the position of the Chief Technology Officer since 2006. As Chief Technology Officer, my responsibilities have included the development of Hancom's software programs, including Hangul and Hancom Office. Hangul is a word processing program for the Korean language, and Hancom Office is a suite of three software programs including Hangul.

4. Hancom previously used Ghostscript in its Hangul, and thus Hancom Office, software. Hancom first sold software that used Ghostscript on or about March 10, 2008 and continuously sold such software until approximately August 25, 2016, when Ghostscript was permanently removed from Hangul and Hancom Office. Hancom never discussed or entered into a commercial license with Plaintiff Artifex Software, Inc. ("Plaintiff"), nor was Hancom obligated to do so. Plaintiff first objected to Hancom's use of Ghostscript by letter dated June 15, 2016.

5. I understand that Plaintiff asserts that the GNU General Public License ("GNU GPL") was a contract between Plaintiff and Hancom, and that Hancom breached that contract by failing to distribute the source code for its Hangul and Hancom Office software for the time in which those programs used Ghostscript. Hancom strongly disputes Plaintiff's allegation that the GNU GPL required Hancom to distribute the source code for its Hangul and Hancom Office software. Hancom did not distribute the source code for its Hangul and Hancom Office software programs during the period from March 10, 2008 until August 25, 2016, the period in which these software programs used Ghostscript, because it understood that distribution of the source code for its Hangul and Hancom Office software was not required to comply with the GNU GPL.

DECLARATION OF
WANGSUNG YANG
CASE NO. 3:16-CV-06982-JSC

1  I have reviewed the foregoing statements in this declaration as translated into Korean. I
2  declare under penalty of perjury under the laws of the United States of America that the foregoing
3  is true and correct to the best of my knowledge.
4  Executed this 30th day of June, 2017 in Seongnam-si, Gyeonggi-do, South Korea.

_____
Wangsung Yang

DM_US 82798934-2.102144.0012

- 2 -

DECLARATION OF
WANGSUNG YANG
CASE NO. 3:16-CV-06982-JSC