UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTIFEX SOFTWARE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HANCOM, INC.,<br><br>　　　　Defendant. | CASE NO.  3:16-cv-06982-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HANCOM, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE MONETARY RELIEF AVAILABLE TO PLAINTIFF ARTIFEX SOFTWARE, INC. FOR ITS BREACH OF CONTRACT CLAIM**<br><br>Date:　　August 17, 2017<br>Time:　　9:00 a.m.<br>Judge:　Hon. Jacqueline Scott Corley<br>Dept.:　　Ctrm F, 15th Floor |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
WASHINGTON

Before the Court is Defendant Hancom, Inc.'s ("Hancom") Motion for Partial Summary Judgment on the Monetary Relief Available to Plaintiff Artifex Software, Inc. ("Plaintiff") for its Breach of Contract Claim ("Motion"). Having considered the papers and arguments in support of and in opposition to the Motion, I find that Hancom is entitled to judgment as a matter of law. It is thus hereby ORDERED that Hancom's Motion is GRANTED.

This Court holds that Plaintiff cannot recover as a matter of law for its breach of contract claim a reasonable royalty on or Hancom's profits from the sales of its software that used Plaintiff's Ghostscript program, whether as damages, disgorgement, or any other form of monetary relief.

This Court further holds that, if Plaintiff ultimately proves that Hancom is liable for breach of the contract, Plaintiff cannot recover as a matter of law any monetary relief based on Hancom's sales after March 10, 2008, the date the GNU GPL automatically terminated.

DATED this _____ day of July, 2017.

_____
Honorable Jacqueline Scott Corley
United States Magistrate Judge