DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
JESSE J. KOEHLER (S.B. #300530)
jkoehler@omm.com
ASHISH SUDHAKARAN (S.B. #312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ARTIFEX SOFTWARE, INC.,

Plaintiff,

v.

HANCOM, INC.,

Defendant.

Case No. 3:16-cv-06982-JSC

**DECLARATION OF MILES JONES IN SUPPORT OF PLAINTIFF ARTIFEX SOFTWARE, INC.'S OPPOSITION TO DEFENDANT HANCOM, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF MILES JONES**

I, Miles Jones, under penalty of perjury, declare as follows:

1. I am President of Artifex Software, Inc., a closely-held private software corporation headquartered in Novato, California and Plaintiff in this action.

2. I submit this declaration based upon my personal knowledge in support of Artifex Software Inc.'s opposition to Defendant Hancom, Inc.'s motion for partial summary judgment. If called as a witness, I could and would testify competently to the following facts.

**Artifex and Its Dual Licensing Model**

3. Artifex is headquartered in and operates from Novato, California.

4. Artifex develops and licenses its Ghostscript software product, and certain other products, under a dual licensing model. This model gives potential licensees two options. They can either enter into a commercial license with Artifex for the software, agreeing to pay Artifex a royalty fee, or they can license the software royalty-free under an open source license.

5. This model allows Artifex to contribute to the knowledge-sharing environment of the open source community and the advancement of interpreter technologies by allowing the public to access, learn from, work with, and even improve Ghostscript. It also allows Artifex to draw revenue from those licensors interested in using Ghostscript in proprietary software that will not be shared and licensed under the terms of an open source license. That revenue supports Artifex's business and the continued development and improvement of Ghostscript.

6. In addition to being the copyright owner of Ghostscript, Artifex is the exclusive licensing agent for the software. The only way a licensee can obtain rights to use Ghostscript is by entering into a license with Artifex. And since Artifex licenses Ghostscript under its dual licensing model, a potential licensee must either comply with the terms of the applicable open source license or enter into a commercial license with Artifex.

7. Today, and since February 2013, Artifex has used the GNU Affero General Public License for the open source license portion of its dual licensing model.

8. Before that, Artifex licensed Ghostscript under the GNU General Public License ("GNU GPL").

9. Artifex has been vocal about and publicized its dual licensing model for Ghostscript. Artifex maintains a webpage on the Artifex website at www.artifex.com that details Artifex's dual licensing model for Ghostscript. Artifex has maintained a website with this dual licensing information since at least as early as January 2008. Although the specific language on that webpage has changed somewhat over time, the key details have remained consistent.

10. For example, that licensing webpage has consistently notified potential licensees that they must obtain a commercial license from Artifex if they intend to distribute Ghostscript to a third party for use in connection with the licensee's own software, unless the licensee distributes its software, including its source code, to the public under the GNU GPL.

11. Attached as Exhibit 1 to this Declaration is a true and correct copy of what the licensing webpage of the Artifex website displayed in March 2008. This representation of the webpage is a printout from a capture of the website on February 19, 2008, as archived by the Internet Archive's Wayback Machine.

**Hancom's Use of Ghostscript**

12. Artifex first learned about Hancom's breach of the GNU GPL on May 24, 2016, when I received an email from a South Korean sales partner indicating that Hancom's use of Ghostscript in its Hangul and Hancom Office software might not have been in compliance with the GNU GPL.

13. Hancom has never entered into a commercial license with Artifex for use of Ghostscript in any of Hancom's software products.

14. Artifex's investigation into Hancom's conduct revealed that Hancom represented, including on its website, that it licensed Ghostscript under the GNU GPL.

15. Attached as Exhibit 2 to this Declaration is a true and correct copy of a screenshot of Hancom's website at www.hancom.com from May 25, 2016. Artifex's South Korean sales partner informed me that the relevant language from that webpage roughly translates to: "Hancom Office NEO uses ghostscript (http://pages.cs.wisc.edu/~ghost) of Artifex Software and complies with GPL 3.0 (GNU General Public License)."

16. The website at http://pages.cs.wisc.edu/~ghost is operated by an Artifex licensee and collaborator and has been around since at least January 2008.

17. Upon completion of Artifex's investigation of Hancom's use of Ghostscript, Artifex concluded that Hancom's use did not comply with the GNU GPL. Artifex wrote to Hancom on June 15, 2016, informing Hancom of its breach of the GNU GPL and seeking to resolve Hancom's breach informally.

18. After discussions with Hancom to resolve the breach failed, Artifex filed this lawsuit.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Novato, California, this 14th day of July, 2017.

By: [signature]
Miles Jones