# EXHIBIT 2

한컴오피스 NEO 한/글 소개
파일
편집
보기
입력
서식
쪽
보안
검토
도구
표
그림 그리기
단축키
사용권
고객 지원 안내

한컴오피스 NEO 한/글에 포함된 한자 단어 사전의 역사 용어 한자 단어는 한국고전번역원이 지적 소유권을 가지고 있고, 불교 용어 한자 단어는 동국대학교 불교학술원이 지적 소유권을 가지고 있으며, 제공하는 한자 사전 파일은 (주)한글과컴퓨터가 소유권을 가지고 있습니다.

한컴오피스 NEO 한/글의 한자 자전 자료는 (주)한글과컴퓨터와 단국대학교 동양학연구원이 지적 소유권을 가지고 있으며, 제공하는 한자 자전 파일은 (주)한글과컴퓨터가 소유권을 가지고 있습니다.

한컴오피스 NEO 한/글에 포함된 한컴 사전의 인터넷 사전 콘텐츠와 Daum 꼬마사전은 (주)다음 커뮤니케이션에서 제공받은 것입니다.

한컴오피스 NEO 한/글의 제 2수준 한자와 글꼴은 한국사사료연구소 허성도 교수가 개발한 것입니다.

한컴오피스 NEO 한/글의 맞춤법 검사기는 부산대학교 권혁철 교수와 (주)한글과컴퓨터가 공동 개발한 것입니다.

한컴오피스 NEO 한/글의 한글 세벌식 옛글 자판은 부산대학교 공과대학 정보컴퓨터 공학부 김경석 교수가 개발하여 1993년 12월 31일 발표한 것입니다.(참고 문헌 : 컴퓨터 속의 한글 이야기, 김경석 지음, 영진 출판사, 1995.)

한컴오피스 NEO 한/글의 문서마당 서식 파일과 그리기마당 그리기 조각 그림은 (주)한글과컴퓨터가 소유권을 가지고 있습니다.

한컴오피스 NEO 한/글의 클립아트는 (주)한글과컴퓨터, (주)멀티비츠이미지(http://www.multibits.co.kr) 및 한글문화연대(http://www.urimal.org)가 소유권을 가지고 있습니다. 클립아트에 관한 사항은 해당 업체에 문의하기 바랍니다.

한컴오피스 NEO 한/글의 한글무늬 클립아트는 한글문화연대가 소유권을 가지고 있습니다. 한글무늬 클립아트에 대한 사항은 한글문화연대에 문의하기 바랍니다.

한컴오피스 NEO 한/글의 과학, 수학 클립아트는 (주)한글과컴퓨터가 소유권을 가지고 있습니다.

한컴오피스 NEO 한/글의 한글무늬, 과학, 수학 클립아트를 제외한 공유 클립아트는 (주)멀티비츠이미지가 소유권을 가지고 있습니다. 공유 클립아트에 대한 사항은 (주)멀티비츠이미지에 문의하시기 바랍니다.

한컴오피스 NEO 한/글의 그래픽 필터는 Inso Kansas City Corporation의 Image Stream 그래픽 필터(1991-1996)를 라이선스한 것입니다.

한컴오피스 NEO 한/글에는 Eric Young(eay@cryptsoft.com)이 작성한 암호화 소프트웨어가 포함되어 있습니다.

한컴오피스 NEO 한/글에는 Tim Hudson(tjh@cryptsoft.com)이 작성한 소프트웨어가 포함되어 있습니다.

한컴오피스 NEO 한/글의 압축 루틴은 장-루프 게일리(Jean-loup Gailly)가 소유권을 가지고 있습니다.

한컴오피스 NEO 한/글은 Artifex Software의 ghostscript(http://pages.cs.wisc.edu/~ghost)를 사용하였고, GPL 3.0(GNU General Public License)을 준수합니다.

한컴오피스 NEO 한/글은 아파치 소프트웨어 단체(Apache Software Foundation)의 Xerces(http://xml.apache.org/xerces-c)를 사용하였고, 아파치 소프트웨어 단체의 공개 라이선스(Apache License, Version 2.0)를 준수합니다.

한컴오피스 NEO 한/글은 아파치 소프트웨어 단체(Apache Software Foundation)의 Xalan(http://xml.apache.org/xalan-c)을 사용하였고, 아파치 소프트웨어 단체의 공개 라이선스(Apache License, Version 2.0)를 준수합니다.

한컴오피스 NEO 한/글은 디시전소프트(DecisionSoft)의 Pathan(http://software.decisionsoft.com)을 사용하였고, 디시전소프트의 공개 라이선스(DecisionSoft Open Source Licence)를 준수합니다.

한컴오피스 NEO 한/글에는 OpenSSL Toolkit에 사용될 목적으로 OpenSSL Project에서 개발한 소프트웨어가 포함되어 있습니다.(http://www.openssl.org/)

한컴오피스 NEO 한/글은 WebDav Community의 Neon Library(http://www.webdav.org/neon)를 사용하였고, LGPL 2.1(GNU Lesser General Public License)을 준수합니다.

한컴오피스 NEO 한/글은 Google, Inc의 Chromium Embedded Framework(http://code.google.com/p/chromiumembedded/)를 사용하였고, New BSD License를 준수합니다.

한컴오피스 NEO 한/글은 XML-RPC 공개 라이브러리(http://xmlrpc-c.svn.sourceforge.net/viewvc/xmlrpc-c/trunk/doc/COPYING?view=markup)를 사용하였습니다.

한컴오피스 NEO 한/글은 twitcurl 공개 라이브러리(http://code.google.com/p/twitcurl/)를 사용하였고, MIT 라이선스(http://opensource.org/licenses/mit-license.php)를 준수합니다.

Windows Installer에 대한 모든 권리는 Microsoft Corporation에 있습니다.

Microsoft .NET Framework 2.0에 대한 모든 권리는 Microsoft Corporation에 있습니다.

JScript 5.6에 대한 모든 권리는 Microsoft Corporation에 있습니다.

이 도움말에서 언급하는 사용권과 저작권, 소유권에 대한 문의 사항은 전자 우편(opensource@hancom.com)으로 (주)한글과컴퓨터에 문의할 수 있습니다.

Copyright (c) 1989-2016 Hancom Inc. All rights reserved.
(주)한글과컴퓨터

### 관련 기능

한/글 정보, 고객 지원 안내